BERTHA A. NAHE, Individually and as Administratrix with the Will Annexed of the Estate of LOUISE E. NAHE, Deceased, Respondent, *v.* HENRY J. BAUER et al., Defendants, and CLARK D. RHINEHART, Appellant.

*Nahe* v. *Bauer*, 151 App. Div. 922, affirmed.
(Argued March 26, 1914; decided April 14, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 10, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

*Edward M. Grout* and *F. Sidney Williams* for appellant.

*Edward G. Nelson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.